## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

LOUIS DAVID BROWN                                                    PLAINTIFF

v.                                                          No. 4:13CV254-NBB-JMV

MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.              DEFENDANTS

### JUDGMENT

Having considered the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge and the objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is ordered:

1.     That the plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2.     That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court; and

3.     That the plaintiff's claims are **DISMISSED** as to defendants Faye Noel and Christopher Epps for failure to state a claim upon which relief could be granted.

4.     Brown's allegations against the remaining defendants may, however, **PROCEED.**

**SO ORDERED**, this, the 4th day of June, 2014.

        /s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE